

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

AVIGAEL C. FYMAN
PARTNER
(516) 357-3353
avigael.fyman@rivkin.com

July 3, 2023

**VIA ECF**

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

7-5-23

The Hon. P. Kevin Castel, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Re: *Safe Health Systems, Inc. v. Chris Chierchio, et al.*
Case No. 1:23-cv-05234-PKC
RR File No.: 005858-00004

Dear Judge Castel:

On June 21, 2023, the above-captioned matter was transferred to the United States District Court for the Southern District of New York from United States District Court for the Central District of California and assigned to Your Honor. An Initial Pretrial Conference has been scheduled for September 11, 2023.

This firm was retained following the transfer to this District to represent Defendants Joseph MacLellan and Greenspoon Marder LLP (the "Greenspoon Marder Defendants") in this action. I write to request that the Greenspoon Marder Defendants' time to respond to the Complaint be extended to August 11, 2023, due to the personal and professional commitments of the attorneys handling this matter and the fact that we were just retained.

OK

On June 27, 2023, I contacted Plaintiff's California attorneys, Callahan & Blaine, APLC, by phone, to request their consent to extend the Greenspoon Marder Defendants' time to respond to the Complaint. On June 28, 2023, I sent a follow-up e-mail, requesting that Plaintiffs consent to an August 11, 2023 response deadline, and was advised that Plaintiff would respond to our request by June 30, 2023, at the latest. However, to date, Plaintiff's counsel has yet to respond. Accordingly, I am unable to apprise the Court as to whether there is consent of all parties to the proposed adjournment. As the proposed Answer deadline is more than fourteen (14) days prior to the scheduled Initial Pretrial Conference, no further changes to the Court's schedule are required.

66 South Pearl Street, 11th Floor      25 Main Street                        1301 Riverplace Boulevard        477 Madison Avenue              2649 South Road
Albany, NY 12207-1533                  Court Plaza North, Suite 501          Jacksonville, FL 32207-9047      New York, NY 10022-5843         Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199          Hackensack, NJ 07601-7082             T 904.792.8925 F 904.467.3461    T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                       T 201.287.2460 F 201.489.0495

**RIVKIN RADLER** LLP

The Hon. P. Kevin Castel
July 3, 2023
Page 2

Based upon the foregoing, it is respectfully requested that this Court So Order that the Greenspoon Marder Defendants' time to respond to the Complaint is extended to August 11, 2023.

                    Respectfully submitted,

                    RIVKIN RADLER LLP
                    *Attorneys for Defendants*
                    *Joseph MacLellan and*
                    *Greenspoon Marder LLP*

        By:   /s Avigael C. Fyman
                Avigael C. Fyman
                Janice J. DiGennaro
                926 RXR Plaza
                Uniondale, New York 11556-0926
                (516) 357-3000
                avigael.fyman@rivkin.com
                janice.digennaro@rivkin.com

To (via ECF):     David J. Darnell
                     Bryan C. Oberle
                     Edward Susolik
                     Callahan and Blaine APLC
                     *Attorneys for Plaintiff*
                     *Safe Health Systems, Inc.*
                     3 Hutton Centre Drive, 9th Floor
                     Santa Ana, California, 92707

7604382.v1