UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Safe Health Systems, Inc., et al.,

                                Plaintiff(s),                  23 Civ. 5234 (PKC)

        -against-                                        ORDER

Greenspoon Marder LLP and Joseph MacLellan,

                                Defendant(s).
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The Clerk is directed to amend the caption to reflect that, after severance and transfer, the only defendants in this action are Greenspoon Marder LLP and Joseph MacLellan and to terminate DE 38 & 56.

        SO ORDERED.

                                                              P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
           September 11, 2023